**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THERESA MORAN,                          )    NO.  CV 15-09407-AS
                                        )
              Plaintiff,                )
                                        )        **JUDGMENT**
        v.                              )
                                        )
CAROLYN W. COLVIN,                      )
Acting Commissioner of Social           )
Security,                               )
                                        )
              Defendant.                )
_____     )

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

    DATED:  October 3, 2016.

                                        /s/
                              _____
                                   ALKA SAGAR
                         UNITED STATES MAGISTRATE JUDGE