1 Lawrence D. Rohlfing
  Attorney at Law: 119433
2 Law Offices of Lawrence D. Rohlfing
  12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
  Tel.: (562)868-5886
4 Fax: (562)868-8868
  E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Theresa Moran

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA MORAN, | Case No.: 2:15-cv-09407-~~SJO~~-AS |
| Plaintiff, | {~~PROPOSED~~} ORDER REVISING AND AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. Nancy A. Berryhill ~~CAROLYN W. COLVIN~~, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Revised Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,383.10 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Revised Stipulation. This order supersedes and rescinds the order entered on December 28, 2016 (Docket No. 21).

DATE: April 10, 2017

_____/s/_____
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

-1-